**Order entered June 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00154-CR

### MARCUS ANDREW BURKETT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-41007-M

## ORDER

Before the Court is court reporter Karren Jones's May 31, 2018 first request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before July 9, 2018.

/s/    LANA MYERS
           JUSTICE